Hand-Delivered

FILED
CHARLOTTE, NC

APR 21 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
_____ District of _____

_____ Division

Denisha Branch
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

State of North Carolina "et al" Atrium Health Carolinas Medical Center "et al" Curtis Branch DB, et al' Pats place
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:25-cv-270-GCM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [ ] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: State of North Carolina Legal Division
Street Address: 9001 Mail Service Center
City and County: Raleigh, NC 27699-9001, Wake County
State and Zip Code: North Carolina, 27699-9001
Telephone Number: (919) 716-6400
E-mail Address: N/A Fax: (919) 716-6750

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Atrium Health Carolinas Medical Center
  Job or Title (if known):
  Street Address: 1000 Blythe Blvd
  City and County: Charlotte, Mecklenburg County
  State and Zip Code: North Carolina, 28203
  Telephone Number: (704)355-2000
  E-mail Address (if known): N/A

Defendant No. 2
  Name: Curtis Branch    Omit DB
  Job or Title (if known): Retired Military
  Street Address: 7802 Duckwood Lane
  City and County: Jacksonville, Duval County
  State and Zip Code: Florida, 32210
  Telephone Number: (904)444-8066
  E-mail Address (if known): N/A

Defendant No. 3
  Name: Cyril Smith    Omit DB
  Job or Title (if known):
  Street Address: 8512 Kirkley Glen Drive
  City and County: Charlotte, Mecklenburg County
  State and Zip Code: North Carolina, 28215
  Telephone Number: (704)449-7706
  E-mail Address (if known): N/A

Defendant No. 4
  Name: Darion McMillan    Omit DB
  Job or Title (if known):
  Street Address: 600 Ivy Meadow Lane Apt 3G
  City and County: Durham, Durham County
  State and Zip Code: North Carolina, 27707
  Telephone Number: (910)978-0575
  E-mail Address (if known): N/A

Additional

Defendant No. 1
    Name: Carolinas Center for evaluation and treatment
    Job or Title (if known): Halleli Stav
    Street Address: 18145 W. Catawba Avenue
    City and County: Cornelius, Mecklenburg
    State and Zip Code: NC, 28031
    Telephone Number: (704) 756-1615
    E-mail Address (if known): FrontDesk@carolinascenter.com

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Right to liberty, Right to Privacy and defamation (9th Amendment)

Section 1983, 14th Amendment, 18 U.S.C 242, 4th Amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

- THERE were acts of negligence on each party due to home door being kicked in by nonpolice, wrongfully shot and defamed by police, falsely arrested, state judge did not follow proper protocol in child custody case which deprived me of my daughter since the wrongful police shooting. Hospital did not provide proper care and had me arrested due to their error.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

* Childrens brand negatively affect
* NC school volunteer impacted
* Loss of NC Adjuster license
* Now Displaced (Homeless)
* Negative domino effect
* 6 figure income job was ended due to incident and negligence
* Daughter temp given to her dad due to incident and negligence
* Credit score in the 400's when it was almost an 800
* Entire life negatively impacted
* GSW and surgery scarring, left arm deformity

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff  *Denisha Branch*
Printed Name of Plaintiff  Denisha Branch

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____